# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schofield, Lorna G. | SDNY | 4/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☑ Nomination    Date 4/25/2012 <br> ☐ Initial    ☐ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 1/1/2011 <br> to <br> 3/31/2012 |

**7. Chambers or Office Address**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Partner | Debevoise & Plimpton LLP |
| 2 | Custodian | Vanguard Uniform Gifts for Minors Account |
| 3 | | |
| 4 | | |
| 5 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2011 | Debevoise & Plimpton LLP, retirement payments in a fixed annual amount, payable monthly for life, with COLA |
| 2 | 2011 | Debevoise & Plimpton LLP, payment (or set-off for 2011 expenses) of remaining capital in my capital account |
| 3 | 1988 | Retirement Plan for Lawyers of Debevoise & Plimpton LLP, self-directed account |
| 4 | 1991 | Debevoise & Plimpton LLP Cash or Deferred Plan for Partners & Staff, self-directed account |

| Name of Person Reporting | Date of Report |
|---|---|
| Schofield, Lorna G. | 4/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2012 | Debevoise & Plimpton LLP pension | $75,033.00 |
| 2 | 2011 | Debevoise & Plimpton LLP partnership income | $2,234,189.00 |
| 3 | 2010 | Debevoise & Plimpton LLP partnership income | $2,145,517.00 |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Exempt | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schofield, Lorna G. | 4/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schofield, Lorna G. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Citibank Accounts | A | Interest | K | T | Exempt | | | | |
| 2 | Debevoise & Plimpton LLP Capital Account | | None | K | T | | | | | |
| 3 | Fidelity Magellan | A | Dividend | L | T | | | | | |
| 4 | Rochester Fund Municipals | C | Dividend | K | T | | | | | |
| 5 | Vanguard 500 Index Fund Adm | C | Dividend | M | T | | | | | |
| 6 | Vanguard Capital Opportunity Adm | C | Dividend | M | T | | | | | |
| 7 | Vanguard Emerging Markets Stock Index Adm | D | Dividend | M | T | | | | | |
| 8 | Vanguard Explorer Fund Adm | A | Dividend | L | T | | | | | |
| 9 | Vanguard Global Equity Fund | D | Dividend | O | T | | | | | |
| 10 | Vanguard Growth Index Fund Adm | D | Dividend | O | T | | | | | |
| 11 | Vanguard Health Care Fund Adm | D | Dividend | M | T | | | | | |
| 12 | Vanguard High-Yield Tax-Exempt Adm | C | Dividend | M | T | | | | | |
| 13 | Vanguard High-Yield Tax-Exempt Inv | A | Dividend | | | | | | | |
| 14 | Vanguard International Explorer | D | Dividend | | | | | | | |
| 15 | Vanguard International Growth Adm | | None | L | T | | | | | |
| 16 | Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | O | T | | | | | |
| 17 | Vanguard Mid-Cap Index Fund Adm | C | Dividend | N | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 Vanguard NY LT Tax-Exempt Adm | E | Dividend | O | T | | | | | |
| 19 Vanguard Primecap Fund Adm | B | Dividend | L | T | | | | | |
| 20 Vanguard Selected Value Fund | C | Dividend | N | T | | | | | |
| 21 Vanguard Short-Term Invest-Grade Adm | D | Dividend | M | T | | | | | |
| 22 Vanguard Tax-Exempt MM | B | Dividend | P1 | T | | | | | |
| 23 Vanguard Windsor II Fund Adm | C | Dividend | M | T | | | | | |
| 24 D&P Retirement Plan for Lawyers | | | | | | | | | |
| 25 - Vanguard Explorer Fund Inv | A | Dividend | K | T | | | | | |
| 26 - Vanguard Selected Value Fund | C | Dividend | N | T | | | | | |
| 27 - Vanguard 500 Index Fund Signal | E | Dividend | M | T | | | | | |
| 28 - Vanguard Windsor Fund Inv | C | Dividend | | | | | | | |
| 29 - Vanguard High-Yield Corp Fund Inv | | None | N | T | | | | | |
| 30 D&P Cash or Deferred Plan | | | | | | | | | |
| 31 - Vanguard 500 Index Fund Signal | D | Dividend | N | T | | | | | |
| 32 - Vanguard Windsor Fund Inv | A | Dividend | L | T | | | | | |
| 33 - Vanguard Selected Value Fund | B | Dividend | M | T | | | | | |
| 34 - Vanguard Explorer Fund Inv | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Vanguard Health Care Fund Inv | C | Dividend | L | T | | | | | |
| 36. Traditional IRA | | | | | | | | | |
| 37. - Vanguard Growth & Income Fund Adm | B | Dividend | L | T | | | | | |
| 38. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 39. Uniform Gifts for Minors Account | | | | | | | | | |
| 40. - Vanguard Growth & Income Fund Inv | A | Dividend | K | T | | | | | |
| 41. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 42. Health Savings Plan | | | | | | | | | |
| 43. - ML Bank Deposit Program | | None | J | T | | | | | |
| 44. - Blackrock S&P 500 Index Fund A | A | Dividend | J | T | | | | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 24 | 064 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 8 | 409 | 348 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – see schedule | 1 | 650 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 18 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Debevoise & Plimpton Capital Account | | 33 | 282 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 10 | 135 | 194 |
| Total Assets | 10 | 135 | 194 | Total liabilities and net worth | 10 | 135 | 194 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| | | | | | | | |
| | | | | | | | |

23634919v1